UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| STEVIE SMITH | PLAINTIFF |
| V. | CASE NO. 3:19-CV-373-BD |
| SOCIAL SECURITY ADMINISTRATION | DEFENDANT |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered for the Defendant.

DATED this 22nd day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE